JOHN STOUT, Plaintiff, v. C. HILTEBRANT DRY DOCK CO., INC., Defendant.— Motion denied. The order should be resettled to name the papers upon which the order was granted.

Before STATE INDUSTRIAL BOARD, Respondent. JOSIAH SMITH, Claimant, Respondent, v. KENNETH HUNTER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MAGGIE SHEPARD, Claimant, Respondent, v. MOHICAN PULP AND PAPER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

UNITED STATES FASTENER COMPANY, Appellant, v. MOHAWK SILK FABRIC CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements, on the ground that the order was improperly granted, and motion denied, with ten dollars costs. All concur.

EDGAR R. WHEELOCK and Another, Respondents, v. WILLIAM BENNETT and Another, Appellants.— Motion granted, unless the appellants, within thirty days, file and serve printed papers on appeal and have case ready for argument at the September term, and pay ten dollars costs; in which event motion is denied.

WALTER D. WATSON, Appellant, v. WILLIAM B. PHELPS, Respondent.— Motion denied, with ten dollars costs.

ETTA WILCOX, Respondent, v. WALTER J. STARTUP, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ROBERT WEIGEL and Another, Respondents, v. LESLIE COOK and Another, Appellants.— Judgment modified, *first*, by eliminating the name of Margaret E. Cook, wife of Leslie Cook, as a defendant liable for money damages awarded by said judgment; *second*, by deducting from the judgment as of the date of entry the sum of $1,044; and as so modified judgment unanimously affirmed, without costs. Van Kirk, J., not sitting. [*Ante*, pp. 640, 642.]

ROBERT WEIGEL and Another, Respondents, v. LESLIE COOK and Another, Appellants.— Motion denied. Van Kirk, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. GIOVANNI ZIRPOLA, Claimant, Respondent, v. T. & E. CASSELMAN, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted.

---

# FOURTH DEPARTMENT, MAY, 1923.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES O. SEBRING, Appellant, v. MUNSON B. DOWD and Others, as Assessors of the City of Corning, Steuben County, New York, Respondents.

*Taxation — certiorari to review assessment on realty — valuation of residential property for taxation should be based primarily on market value — court on appeal unable, because of irregularity in proceeding, to determine whether there was inequality as to assessment — evidence not sufficient to make new finding — final order (styled judgment) reversed.*

Appeal from a judgment of the Supreme Court, entered in the Steuben county clerk's office on May 25, 1922, confirming an assessment on real property and dismissing a writ of certiorari, and also from an order dated July 23, 1921, directing a reference. (See 118 Misc. Rep. 588.)